UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRAIG MIMS p/k/a JUJU BEATZ, an individual,

        Plaintiff,

vs.

JONATHAN LYNDALE KIRK p/k/a DABABY, an individual; RODRICK WAYNE MOORE, JR. p/k/a RODDY RICCH, an individual; ROSS JOSEPH PORTARO IV p/k/a SETHINTHEKITCHEN, an individual; CAROLINE DIAZ a/k/a BAROLINE DIAZ, an individual; PROJECT DREAMS ENTERTAINMENT, LLC d/b/a PROJECT DREAMS PUBLISHING; SOUTH COAST MUSIC GROUP LLC d/b/a SOUTH COAST MUSIC GROUP; UNIVERSAL MUSIC GROUP, INC.; WARNER CHAPPELL MUSIC, INC.; and UMG RECORDINGS, INC.

CASE NO. 2:22-cv-14410-AMC

        Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Craig Mims p/k/a Juju Beatz, by and through his undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), dismisses all claims in this action against all Defendants, without prejudice. Dismissal without prejudice under Rule 41(a)(1)(A)(i) is proper because Defendants have not yet served an answer or a motion for summary judgment in this action.

Date: May 12, 2023

        Respectfully submitted,

        s/William R. Trueba, Jr.
        William R. Trueba, Jr., Esq.
        Florida Bar No. 117544

wtrueba@lex188.com
Darlene Barron, Esq.
Florida Bar No. 108873
dbarron@lex188.com
TRUEBA & SUAREZ, PLLC.
7480 Bird Road, Suite 601
Miami, FL 33155
Telephone: (305) 482-1001
Facsimile: (786) 516-2826


Bradley J. Eiseman
*Admitted Pro Hac Vice*
bradeisemanlaw@gmail.com
THE LAW OFFICE OF BRADLEY J. EISEMAN
115 Harbor Common Drive
Memphis, Tennessee 38103

*Attorneys for Plaintiff, Craig Mims*